# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00134 LJO |
| Plaintiff, | ORDER ASSIGNING DEFENDANT PRO PER STATUS |
| vs. | |
| JOSE HERNANDEZ-VELAZQUEZ | |
| Defendant. | |

Defendant Jose Hernandez-Velazquez has requested to be relieved of appointed counsel and to represent himself in propria personna. The court has granted that request. Therefore it is hereby ORDERED that:

1. The Clerk of the Court shall enter a substitution of attorney reflecting appointment as attorney of record effective November 13, 2012:

> Jose Hernandez-Velazquez
>
> Booking Number #1944501
>
> Kern County Jail
>
> 17645 Industrial Farm Road
>
> Bakersfield, CA 93308

2. A copy of this order shall be served on Kern County Jail by the United States Marshal's office.

3. The defendant shall be granted law library access at the Kern County Jail in preparation for

1

1 | trial.
2 |     4. Jury trial is CONFIRMED for December 11, 2012.
3 |
4 |     IT IS SO ORDERED.
5 | **Dated:   November 13, 2012**                              /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE