1  .BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
    the United States of America

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9            EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    1:11-CR-00134-LJO
                                    )
12              Plaintiff,          )    PRELIMINARY ORDER OF
                                    )    FORFEITURE
13      v.                          )
                                    )
14 JOSE HERNANDEZ-VELAZQUEZ,        )
                                    )
15              Defendant.          )
   _____)

16

17      Based upon the United States' Application for Preliminary

18 Order of Forfeiture and Publication Thereof, and the testimony

19 and other evidence at the trial in this case, it is hereby

20      ORDERED, ADJUDGED AND DECREED as follows:

21      1.    Pursuant to 18 U.S.C. § 2253, defendant Jose Hernandez-

22 Velazquez' interest in the following property shall be condemned

23 and forfeited to the United States of America, to be disposed of

24 according to law:

25           a.    Nikon S4000 Camera, seized from defendant by
                   law enforcement on or about March 8, 2011,
26                 and

27           b.    SanDisk memory card, seized from defendant by law
                   enforcement on or about March 8, 2011.
28

                                       Preliminary Order of Forfeiture

1      2.   The above-listed property constitutes property, real or

2   personal, used or intended to be used to commit or to promote the

3   commission of and is property containing visual depictions

4   produced, transported, mailed, shipped, or received in violation

5   of 18 U.S.C. § 2251(a).

6      3.   Pursuant to Rule 32.2(b), the Attorney General (or a

7   designee) shall be authorized to seize the above-listed property.

8   The aforementioned property shall be seized and held by the

9   United States Department of Homeland Security, Customs and Border

10  Protection in its secure custody and control.

11     4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21

12  U.S.C. § 853(n), and Local Rule 171 the United States shall

13  publish notice of the order of forfeiture.  Notice of this Order

14  and notice of the Attorney General's (or a designee's) intent to

15  dispose of the property in such manner as the Attorney General

16  may direct shall be posted for at least 30 consecutive days on

17  the official internet government forfeiture site

18  www.forfeiture.gov.  The United States may also, to the extent

19  practicable, provide direct written notice to any person known to

20  have alleged an interest in the property that is the subject of

21  the order of forfeiture as a substitute for published notice as

22  to those persons so notified.

23      b.   This notice shall state that any person, other

24  than the defendants, asserting a legal interest in the above-

25  listed property, must file a petition with the Court within sixty

26  (60) days from the first day of publication of the Notice of

27  Forfeiture posted on the official government forfeiture site, or

28  within thirty (30) days from receipt of direct written notice,

                                             2   Preliminary Order of Forfeiture

1   whichever is earlier.

2        5.    If a petition is timely filed, upon adjudication of all

3   third-party interests, if any, this Court will enter a Final

4   Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all

5   interests will be addressed.

6   IT IS SO ORDERED.

7   **Dated:    December 14, 2012            /s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE