IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE HERNANDEZ-VELAQUEZ,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CR F 11-0134 LJO<br><br>**ORDER TO DENY RELIEF**<br><br>(Docs. 74, 75.) |

Defendant Jose Hernandez-Velaquez ("defendant") was convicted of four counts of sexual exploitation with a minor. Defendant has filed papers (docs. 74 and 75), which this Court construes to take issue with his conviction. This Court has reviewed the record and all papers filed by defendant. The record and papers filed by defendant fail to support relief requested by defendant, including disturbing the verdict or convictions. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") As such, this Court DENIES defendant relief requested by his papers filed on January 17 and 22, 2013 and directs the clerk to term docs. 129-132.

This Court ADMONISHES defendant that it will tolerate no further frivolous filings and will strike and return such documents to defendant.

IT IS SO ORDERED.

Dated:　　**January 23, 2013**　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE