BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00134 LJO |
| | ) | |
| Plaintiff, | ) | **REQUEST TO CONTINUE MARCH 11,** |
| | ) | **2013 SENTENCING HEARING TO** |
| | ) | **APRIL 15, 2013; ORDER** |
| v. | ) | |
| | ) | |
| | ) | Ctrm: Four |
| JOSE HERNANDEZ-VELAZQUEZ, | ) |     Hon. Lawrence J. O'Neill |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, requests that this action's sentencing hearing be continued from 10:30 a.m. on Monday, March 11, 2013 to 10:00 a.m. on Monday, April 15, 2013.

The United States bases this request on good cause.  To explain, the United States Probation Officer assigned to this case contacted the undersigned earlier today, and advised that more time was needed to properly investigate the case and complete his Presentence Investigation Report.  This Officer is working through unique logistical hurdles attendant to defendant's current location at the Lerdo Detention Facility in Kern County (such defendants are only transported to Fresno on

1  Mondays and Wednesdays), as well as the fact that defendant
2  speaks Spanish and requires an interpreter present to both
3  verbally communicate, as well as have written materials
4  translated to him.  Further, the Probation Officer continues to
5  try to contact third parties relevant to his report, at least one
6  of whom likewise only speaks Spanish.
7       For the above-stated reasons, the requested continuance will
8  conserve time and resources for the parties and the court.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: February 13, 2013      By: Brian W. Enos
                                  Brian W. Enos
                                  Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

**Dated:   February 14, 2013        /s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE