**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO CR F 11-0134 LJO |
| | ) |
|        Plaintiff, | ) **ORDER TO DENY MOTION FOR** |
|   v. | ) **APPOINTMENT OF APPELLATE COUNSEL** |
| | ) **AS MOOT** |
| JOSE HERNANDEZ-VELAZQUEZ, | ) (Doc. 93.) |
| | ) |
|        Defendant | ) |
| _____ | ) |

    This Court DENIES as moot defendant's request for appellate counsel given that the Ninth Circuit Court of Appeals appointed him appellate counsel and has jurisdiction over defendant's appeal.

IT IS SO ORDERED.

   Dated:   __April 24, 2013__               __/s/ Lawrence J. O'Neill__
                                         UNITED STATES DISTRICT JUDGE