KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant/Appellant JOSE HERNANDEZ-VELASQUEZ

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSE HERNANDEZ-VELASQUEZ, ) <br> ) <br> Defendant. ) | Case No. 1:11 cr 00-134 LJO <br><br> ORDER TO COURT REPORTER TO RELEASE A COPY OF SEALED TRANSCRIPTS TO COUNSEL. <br> ORDER TO RELEASE PSR TO COUNSEL |

GOOD CAUSE APPEARING, it is hereby ordered as follows:

1. That the sealed transcripts in the above-entitled case, dated November 8, 2011, November 21, 2011, May 14, 2012, and October 1, 2012 be released by court reporter PEGGY CRAWFORD to attorney KATHERINE HART;

2. That the United States Probation Office provide a copy of the Advisory Guidelines Presentence Report in the above-entitled case to attorney KATHERINE HART.  The office may provide either a hard copy or access codes by which the PSR may be electronically retrieved.

IT IS SO ORDERED.

**Dated:   May 31, 2013**              /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE