BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
   the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:11-CR-00134-LJO |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| JOSE HERNANDEZ-VELAZQUEZ, | ) |
| Defendant. | ) |

WHEREAS, on December 14, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jose Hernandez-Velazquez in the following property:

   a. Nikon S4000 Camera, seized from defendant by law enforcement on or about March 8, 2011, and

   b. SanDisk memory card, seized from defendant by law enforcement on or about March 8, 2011.

AND WHEREAS, beginning on December 29, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

1   Final Order of Forfeiture

from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jose Hernandez-Velazquez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **June 6, 2013**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE

2   Final Order of Forfeiture