KATHERINE HART 76715
Attorney at Law
1600 Fulton Street
Suite 120
Fresno, Ca. 93721
Telephone (559) 256-9800
Facsimile (559) 256-9798

Attorney for JOSE HERNANDEZ-VELAZQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff and Appellee, ) <br> ) <br> vs. ) <br> ) <br> JOSE HERNANDEZ-VELAZQUEZ, ) <br> ) <br> Defendant and Appellant. ) | CASE NO. 11-cr-134 LJO <br><br> ORDER TO RELEASE PREVIOUSLY SEALED TRANSCRIPTS TO GOVERNMENT'S COUNSEL |

Based on the declaration and motion of counsel for JOSE HERNANDEZ-VELAZQUEZ, court reporter PEGGY CRAWFORD is hereby ordered to release and unseal the following transcripts to government counsel BRIAN ENOS:

1. October 28, 2011, in camera transcript, Docket #12;

2. November 21, 2011, in camera transcript, Docket #13;

3. May 14, 2012, in camera transcript, Docket #17;

4. October 1, 2012, in camera transcript, Docket #28.

IT IS SO ORDERED.

Dated: **October 9, 2013**            **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE